UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SIDNEY DUCHARME

VERSUS

RED FROG EVENTS, ET AL.

CIVIL ACTION

NO. 17-1641-BAJ-EWD

## RULING

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes dated March 1, 2018[1] to which no objection has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein. Accordingly, the Consent Motion to Remand[2] is GRANTED and this matter is REMANDED to the 20th Judicial District Court, Parish of West Feliciana, State of Louisiana. Further, Plaintiff's Motion to Remand[3] is DENIED AS MOOT.

Signed in Baton Rouge, Louisiana, on March 20, 2018.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

20th JDC

---

[1] R. Doc. 19
[2] R. Doc. 16
[3] R. Doc. 13